John B. Larson, Esq., State Bar No. 108813
Yasmine Hussein, Esq., State Bar No. 285885
**LARSON & GASTON, LLP**
200 South Los Robles Avenue, Suite 530
Pasadena, California 91101
Tel: (626) 795-6001
Fax: (626) 795-0016
john.larson@larsongaston.com
yasmine.hussein@larsongaston.com

Attorneys for Defendants,
HICKS TRUCKING COMPANY OF LITCHFIELD, INC. AND TIMOTHY O'LEARY

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMEO PIETRAS OLIVER, an individual; <br><br> Plaintiffs, <br><br> v. <br><br> HICKS TRUCKING COMPANY OF LITCHFIELD, INC., a Minnesota corporation; TIMOTHY E. OLEARY, an individual; and DOES 1 through 50, inclusive, <br><br> Defendants. | Case No. 5:21-cv-00778 <br><br> [San Bernardino County Superior Court Case No. CIVDS2024454] <br><br> **NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §1441(b) [DIVERSITY]** |

**TO THE COURT AND ALL PARTIES:**

PLEASE TAKE NOTICE THAT Defendants HICKS TRUCKING COMPANY OF LITCHFIELD, INC. and TIMOTHY O'LEARY. (hereinafter "Defendants") hereby respectfully file and serve this Notice of Removal to remove

– 1 –

1   this action from the Superior Court of the State of California, County of San

2   Bernardino, to the United States District Court for the Central District of California,

3   Eastern Division, based upon the following:

4        1.     On  October 27, 2020, Plaintiff Cameo Pietras Oliver (hereinafter

5   "Plaintiff") filed a Complaint in the Superior Court for the State of California,

6   County of San Bernardino, which matter was styled as  *Cameo Pietras Oliver . vs.*

7   *Hick Trucking Company of Litchfield, Inc., et al.*, Case No. CIVDS2024454 ("State

8   Action").  **Attached as Exhibit A to this Notice is a true and correct copy of**

9   **Plaintiff's Summons and Operative Complaint.**

10       2.     Removal of this action is proper under 28 U.S.C. §1441(a) because this

11  Court has original jurisdiction over this matter as follows:

12            i.     Each Plaintiff is a citizen of the State of California.

13            ii.     Each Defendant is a citizen of the State of Minnesota.

14       3.     Defendants have given written notice to Plaintiff of this removal to the

15  Superior Court for the State of California, County of San Bernardino Case No.

16  CIVDS2024454 as required by 28 U.S.C. §1446(d).  **A copy of the Notice is**

17  **attached hereto to as Exhibit B.**

18

19      **THE AMOUNT IN CONTROVERSY REQUIREMENT IS**

20      **SATISFIED**

21       4.     Plaintiff prays for compensatory damages in the form of wage loss,

22  loss of use of property, hospital and medical expenses, general damages, property

23  damages, and loss of earning capacity.

24       5.     Plaintiff's demand exceeds $75,000.00.

25            **COMPLETE DIVERSITY EXISTS**

26       6.     Plaintiff is a citizen and resident of the State of California.

27       7.     At all times relevant, each Defendant was and is a citizen and resident

28  of the State of Minnesota.  Defendant Timothy O'Leary is an individual and resident

of Minnesota. Hicks Trucking Company of Litchfield, Inc. is a corporate entity duly organized and existing under the laws of the State of Minnesota, with its principal place of business in the State of Minnesota.

8. The Complaint also names Defendant Does 1-50. Pursuant to 28 U.S.C. §1441(b), the citizenship of these defendants is disregarded.

9. This is a civil action over which the Court has original jurisdiction under the provisions of 28 U.S.C. §1332 and may be removed to this Court by the Defendants pursuant to the provisions of 28 U.S.C. §1441(a) and (b) because it is a civil action between citizens of different states and the matter in controversy herein exceeds the sum or value of $75,000, exclusive of interest and costs.

## OTHER REMOVAL REQUIREMENTS ARE MET

10. Notice of Removal must be filed within thirty (30) days of service on the first-served defendant. <u>Here, no proof of service has been filed at the time of this pleading</u>. However, Defendant Hicks Trucking of Litchfield, Inc. was personally served at their corporate office in Minnesota on April 20, 2021 and Defendant Timothy O'Leary was served by certified mail on or about April 21, 2021. Thus, this Notice of Removal is timely filed under 28 U.S.C. §1446(b).

11. Removal to this Court is proper as the Superior Court of the State of California, County of San Bernardino, where this action was originally filed, is located within this district.

12. Counsel for Defendants, Hicks Trucking Company of Litchfield, Inc. and Timothy O'Leary have filed a copy of the Notice of Removal with the Clerk of the Superior Court of the State of California, County of Bernardino, and given notice of the same to counsel for Plaintiff.

13. Defendants, Hicks Trucking Company of Litchfield, Inc. and Timothy O'Leary constitute all named defendants in this action for compliance with 28 U.S.C. §1446(b)(1).

///

1   WHEREFORE, Defendants, Hicks Trucking Company of Litchfield, Inc. and
2   Timothy O'Leary, respectfully request that the State Action be removed from the
3   Superior Court for the State of California, County of San Bernardino, to this Court.
4   Defendants will file and serve an answer to the complaint within 21 days of
5   removal.

6

7   Dated: May 3, 2021                        Respectfully submitted,
8                                             LARSON & GASTON, LLP

9                                             By: /s John B. Larson, Esq._____
10                                                John B. Larson, Esq.,
11                                                Yasmine Hussein, Esq.,
                                                  Attorneys for Defendants,
12                                                HICKS TRUCKING COMPANY OF
13                                                LITCHFIELD, INC. and
                                                  TIMOTHY O'LEARY
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

HICKS TRUCKING COMPANY OF LITCHFIELD, INC., a Minnesota corporation; [Additional Parties Form is attached]

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

CAMEO PIETRAS OLIVER, an individual;

---

*FOR COURT USE ONLY*
*(SOLO PARA USO DE LA CORTE)*

F I L E D
SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN BERNARDINO
SAN BERNARDINO DISTRICT

OCT 2 7 2020

By _____
ELYZABETH GOMEZ, DEPUTY

---

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case. ¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.

Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.

Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.

| | |
|---|---|
| The name and address of the court is: *(El nombre y dirección de la corte es):* San Bernardino District - Civil Division<br><br>247 W. 3rd Street<br>San Bernardino, CA 92415 | **CASE NUMBER:** *(Número del Caso):*<br><br>CIV DS   2 0 2 4 4 5 4 |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Jacoby & Meyers Attorneys LLP, 10900 Wilshire Blvd, 15th Floor, Los Angeles, CA 90024; 310-312-3300.

| DATE: *(Fecha)* OCT 27 2020 | Clerk, by *(Secretario)* _____ | , Deputy *(Adjunto)* |
|---|---|---|

Elyzabeth Gomez

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served

[SEAL]

1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☑ on behalf of *(specify):*
   Hicks Trucking Company of Litchfield, Inc., a Minnesota corporation

   under: ☑ CCP 416.10 (corporation)        ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation)  ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)

   ☐ other *(specify):*
4. ☑ by personal delivery on *(date):*

---

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov

Exh A - pg.1

SUM-200(A)

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Oliver v. Hicks Trucking Company of Litchfield, Inc., et al. | |

## INSTRUCTIONS FOR USE

→ This form may be used as an attachment to any summons if space does not permit the listing of all parties on the summons.
→ If this attachment is used, insert the following statement in the plaintiff or defendant box on the summons: "Additional Parties Attachment form is attached."

List additional parties *(Check only one box. Use a separate page for each type of party.)*:

☐ Plaintiff   ☑ Defendant   ☐ Cross-Complainant   ☐ Cross-Defendant

TIMOTHY E. OLEARY, an individual; and DOES 1 through 50, inclusive,

Page 1 of 1

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-200(A) [Rev. January 1, 2007]

**ADDITIONAL PARTIES ATTACHMENT**
**Attachment to Summons**

Exh A - pg.2

1  JACOBY & MEYERS ATTORNEYS LLP
   DEMETRIOS PAPANIKOLAS, State Bar No. 150763
2  *dpapanikolas@jacobyandmeyers.com*
   KRISTOPHER L. PEERALI, State Bar No. 322090
3  *kpeerali@jacobyandmeyers.com*
   JUBIN J. NIAMEHR, State Bar No. 266794
4  *jn@jacobyandmeyers.com*
   10900 Wilshire Boulevard, 15th Floor
5  Los Angeles, California 90024
   Telephone: (310) 312-3300
6  Facsimile: (310) 715-8331

7  Attorneys for Plaintiff CAMEO PIETRAS OLIVER

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN BERNARDINO
SAN BERNARDINO DISTRICT

OCT 2 7 2020

BY _____
ELYZABETH GOMEZ, DEPUTY

8
9                SUPERIOR COURT OF THE STATE OF CALIFORNIA

10                     COUNTY OF SAN BERNARDINO

11  CAMEO PIETRAS OLIVER, an individual;     Case No: DS  2 0 2 4 4 5 4

12       Plaintiff,                          COMPLAINT FOR DAMAGES FOR

13  vs.                                      1. NEGLIGENCE/
                                                NEGLIGENCE PER SE; AND
14  HICKS TRUCKING COMPANY OF
    LITCHFIELD, INC., a Minnesota corporation;
15  TIMOTHY E. OLEARY, an individual; and    DEMAND FOR JURY TRIAL
    DOES 1 through 50, inclusive,
16
         Defendants.
17
18

19       COMES NOW the Plaintiff CAMEO PIETRAS OLIVER, (hereinafter, "CAMEO

20  PIETRAS OLIVER" or "Plaintiff") and for causes of action against the Defendants, and each of

21  them, complains and alleges as follows:

22                          GENERAL ALLEGATIONS

23       1.    This lawsuit arises out of an automobile collision that occurred on or about October

24  29, 2018 at approximately 8:25 a.m. at or near the 15 southbound freeway, 0.1 miles north of

25  Stoddard Wells overcrossing in the City of Victorville, County of San Bernardino. State of

26  California. On that date and time, Plaintiff CAMEO PIETRAS OLIVER was the driver of a

27  vehicle that was traveling southbound on the 15 freeway, when Defendant TIMOTHY E.

28  OLEARY (hereinafter, "OLEARY" or "Defendant"), also traveling southbound on the 15

JACOBY & MEYERS ATTORNEYS LLP
10900 Wilshire Boulevard, 15th Floor
Los Angeles, California 90024
Telephone: (310) 312-3300 Facsimile: (310) 715-8331

-1-

Exh A - pg.3

1  freeway, was driving in an unsafe manner, and collided into Plaintiff's vehicle ("SUBJECT

2  INCIDENT"). Specifically, the collision occurred because Defendant OLEARY made an unsafe

3  lane change. As a result of this unsafe lane change, OLEARY was unable to stop his vehicle

4  before it collided into the right side of Plaintiff's vehicle, causing Plaintiff's vehicle to be pushed

5  into a concrete K-rail.

6      2.      At all times herein mentioned, Plaintiff CAMEO PIETRAS OLIVER was the

7  driver of a 2004 Honda Civic ("HONDA"), bearing California License Plate No. 7LON072.

8      3.      At all times herein mentioned, Defendant OLEARY was operating a 2017

9  Freightliner, bearing Minnesota License Plate No. PAL2357 ("SUBJECT VEHICLE"). The

10  SUBJECT VEHICLE had a trailer bearing Minnesota License Plate No. 4218STM.

11      4.      · At all times herein mentioned Defendant HICKS TRUCKING COMPANY OF

12  LITCHFIELD, INC., a Minnesota corporation (hereinafter, "HICKS TRUCKING COMPANY OF

13  LITCHFIELD, INC.") is and/or was the registered owner of the SUBJECT VEHICLE.

14      5.      As a result of the SUBJECT INCIDENT, Plaintiff suffered severe bodily injuries.

15      6.      Defendant OLEARY's unsafe and inattentive driving violated California Vehicle

16  Code § 21658(a), which states that "A vehicle shall be driven as nearly as practical entirely within

17  a single lane and shall not be moved from the lane until such movement can be made with

18  reasonable safety." Cal Veh. Code § 21658(a).

19      7.      Defendant OLEARY's unsafe and inattentive driving violated California Vehicle

20  Code § 22107, which states that "No person shall turn a vehicle from a direct course or move right

21  or left upon a roadway until such movement can be made with reasonable safety and then only

22  after the giving of an appropriate signal in the manner provided in this chapter in the event any

23  other vehicle may be affected by the movement." Cal Veh. Code § 22107.

24      8.      Defendant OLEARY's unsafe and inattentive driving violated California Vehicle

25  Code § 23103, which states that "A person who drives a vehicle upon a highway in willful or

26  wanton disregard for the safety of persons or property is guilty of reckless driving." Cal Veh.

27  Code § 23103.

28  ///

-2-

PLAINTIFF'S COMPLAINT FOR DAMAGES

JACOBY & MEYERS ATTORNEYS LLP
10900 Wilshire Boulevard, 15th Floor
Los Angeles, California 90024
Telephone: (310) 312-3300 Facsimile: (310) 715-8331

Exh A - pg.4

JACOBY & MEYERS ATTORNEYS LLP
10900 Wilshire Boulevard, 15th Floor
Los Angeles, California 90024
Telephone: (310) 312-3300 Facsimile: (310) 715-4331

## JURISDICTION AND VENUE

9.      Plaintiff CAMEO PIETRAS OLIVER, is an adult individual and is now, and at all times mentioned in this Complaint, was a resident of the City of Barstow, County of San Bernardino, State of California.

10.     Plaintiff is informed and believes and thereon alleges that Defendant OLEARY is, and at all times herein mentioned, was an individual residing in the City of Jasper, County of Pipestone, State of Minnesota.

11.     Plaintiff is informed and believes and thereon alleges that Defendant HICKS TRUCKING COMPANY OF LITCHFIELD, INC. is, and at all times herein mentioned, was a Minnesota corporation with its principal place of business located at 102 N. Gorman Avenue, Litchfield, MN 55355. HICKS TRUCKING COMPANY OF LITCHFIELD, INC. does enough business in San Bernardino County, California for it to be considered a resident of the State of California.

12.     This Court has jurisdiction pursuant to California Code of Civil Procedure §410.10.

13.     Venue is proper in this Court pursuant to California Code of Civil Procedure §395 because the SUBJECT INCIDENT and injuries to Plaintiff alleged herein occurred in the County of San Bernardino.

14.     The true names, capacities, whether individual, corporate, associate, governmental or otherwise of Defendants DOES 1 through 50, inclusive, are unknown to Plaintiff at this time, who therefore sue such Defendants by such fictitious names. When the true names and capacities of such DOE Defendants are ascertained, Plaintiff will amend this Complaint accordingly. Plaintiff is informed and believes, and thereupon alleges, that each of the Defendants designated herein as a DOE was negligent and guilty of the same conduct as the other Defendants, and is responsible in some manner for the events and happenings herein referred to, and that their negligence proximately caused the injuries and damages sustained by Plaintiff as herein alleged, either through such Defendants' own negligent conduct or through the conduct of their agents, servants and/or employees, or due to their ownership, control, rental, use, sale, design, maintenance, repair, construction, manufacture, and/or lease of the SUBJECT VEHICLE by

JACOBY & MEYERS ATTORNEYS LLP
10990 Wilshire Boulevard, 15th Floor
Los Angeles, California 90024
Telephone: (310) 312-3300 Facsimile: (310) 716-8331

1  which Plaintiff's injuries were caused, or in some other manner.

2      15.    Plaintiff is informed and believes, and thereon alleges, that at all times herein
3  mentioned, each of the Defendants named herein, including each DOE Defendant, was the agent,
4  servant, partner and/or employee of the remaining Defendants, and was at all such times acting
5  within the purpose and scope of said such agency, service, partnership and/or employment, unless
6  otherwise stated.

7                              **FIRST CAUSE OF ACTION**

8                  **(For Negligence/Negligence Per Se –Against All Defendants)**

9      16.    Plaintiff hereby re-alleges and incorporates by reference each and every preceding
10 paragraph as through fully set forth herein.

11     17.    Defendants HICKS TRUCKING COMPANY OF LITCHFIELD, INC., OLEARY,
12 and DOES 1 through 50, and each of them, owed a duty of care to all reasonably foreseeable
13 people, including but not limited to Plaintiff, to own, operate, lease, drive, entrust, manage,
14 maintain, control, service, repair, and/or inspect, the SUBJECT VEHICLE in a reasonably safe
15 manner.

16     18.    Defendants HICKS TRUCKING COMPANY OF LITCHFIELD, INC., OLEARY,
17 and DOES 1 through 50, and each of them, breached said duty when they negligently owned,
18 operated, leased, drove, entrusted, managed, maintained, service, repaired and/or controlled the
19 SUBJECT VEHICLE driven by Defendant OLEARY, driving in an unsafe manner, collided into
20 Plaintiff's vehicle resulting in the injuries and damages alleged herein.

21     19.    In acting and in failing to act as aforementioned, Defendant HICKS TRUCKING
22 COMPANY OF LITCHFIELD, INC., OLEARY, and DOES 1 through 50 acted in a negligent,
23 reckless, careless and improper manner, causing the SUBJECT INCIDENT.

24     20.    In contrast at said time and place, Plaintiff was acting with due caution, attention
25 and care and did not in any way contribute to or cause the collision and/or injuries as described
26 hereinafter.

27     21.    Defendant OLEARY further breached said duty and was negligent per se by
28 operating the SUBJECT VEHICLE in violation of relevant codes and/or statutes, including but not

1  limited to Vehicle Code §§ 21658(a), 22107 and 23103, cited above.

2  22.  Defendants HICKS TRUCKING COMPANY OF LITCHFIELD, INC., OLEARY,
3  and DOES 1 through 50's violation was a direct, proximate, and legal cause of the injuries and
4  damages to Plaintiff alleged herein.

5  23.  Plaintiff is a member of the class of persons these Vehicle Code sections were
6  designed to protect.

7  24.  Plaintiff's serious injuries resulted directly from an occurrence which the specified
8  Vehicle Code sections were designed to prevent.

9  25.  As a direct and legal result of Defendants' negligence, Plaintiff sustained serious
10  bodily injuries, and has incurred, and will incur in the future, medical expenses, loss of earnings,
11  special damages, and general damages in an amount to be determined by the trier of fact well in
12  excess of the jurisdictional limits of this court.

13  26.  As a direct and legal result of the negligence, carelessness, and other tortious,
14  unlawful, and wrongful acts and conduct of Defendants and each of them, Plaintiff was required
15  to, and did obtain medical treatment, and has therefore incurred medical expenses. Plaintiff is
16  informed and believes, and thereon alleges, that she will require future medical treatment as a
17  result of the SUBJECT INCIDENT and will sustain such damages in the future.

18  27.  As a direct and legal result of the negligence, carelessness, and other tortious,
19  unlawful, and wrongful acts and conduct of the Defendants, Plaintiff has been and will be
20  prevented and/or limited in pursuing his occupation or profession and has therefore suffered past
21  and future loss of earnings and diminution of earning capacity.

26  ///
27  ///
28  ///

-5-
PLAINTIFF'S COMPLAINT FOR DAMAGES

Exh A - pg.7

JACOBY & MEYERS ATTORNEYS LLP
10900 Wilshire Boulevard, 15th Floor
Los Angeles, California 90024
Telephone: (310) 312-3300 Facsimile: (310) 715-8331

28.    As a direct and legal result of the negligence, carelessness, and other tortious, unlawful, and wrongful acts and conduct of the Defendants and each of them, Plaintiff has been injured in his health, strength, and activities. This has caused, and continues to cause, Plaintiff pain, suffering, and emotional distress.  The injuries set forth herein will continue to affect Plaintiff in each and every capacity of his daily existence.  Said injuries have caused and will continue to cause Plaintiff physical pain, mental suffering, loss of enjoyment of life, disfigurement, physical impairment, inconvenience, grief, humiliation, and emotional distress. The aforementioned injuries have generally damaged Plaintiff in a sum well in excess of the jurisdictional minimum of this Court.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment against the Defendants, and each of them, as follows:

1. General damages/non-economic damages in a sum according to proof against all Defendants;

2. Special damages/economic losses, including but not limited to, loss of earnings, loss of earning capacity, medical expenses, property damage, loss of use, and all incidental expenses, according to proof;

3. Costs of suit and interest, according to proof to the extent allowed by law; and;

4. For such other and further relief as the court may deem just and proper.

Dated: October 26, 2020

JACOBY & MEYERS ATTORNEYS LLP

By:
DEMETRIOS PAPANIKOLAS
KRISTOPHER L. PEERALI
Attorneys for Plaintiff

-6-
PLAINTIFF'S COMPLAINT FOR DAMAGES

1  **DEMAND FOR TRIAL BY JURY**

2     Plaintiff hereby demands a trial by jury on all issues triable by jury.

3

4  Dated: October 26, 2020                         JACOBY & MEYERS ATTORNEYS LLP

5
                                                   By:
6                                                      DEMETRIOS PAPANIKOLAS
                                                      KRISTOPHER L. PEERALI
7                                                     Attorneys for Plaintiff

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-7-

PLAINTIFF'S COMPLAINT FOR DAMAGES

# EXHIBIT B

John B. Larson, Esq., State Bar No. 108813
Yasmine Hussein, Esq., State Bar No. 285885
**LARSON & GASTON, LLP**
200 South Los Robles Avenue, Suite 530
Pasadena, California 91101
Telephone: (626) 795-6001
Facsimile: (626) 795-0016
john.larson@larsongaston.com
yasmine.hussein@larsongaston.com

Attorneys for Defendants,
HICKS TRUCKING COMPANY OF LITCHFIELD, INC. AND TIMOTHY O'LEARY

SUPERIOR COURT FOR THE STATE OF CALIFORNIA

COUNTY OF SAN BERNADINO

| | |
|---|---|
| CAMEO PIETRAS OLIVER, an individual | Case No: CIVDS2024454 |
| | Judge Brian S. McCarville |
| Plaintiff, | Dept . S30 |
| v. | **NOTICE OF REMOVAL TO FEDERAL COURT** |
| HICKS TRUCKING COMPANY OF LITCHFIELD, INC., a Minnesota corporation; TIMOTHY E. OLEARY, an individual; and DOES 1 through 50, inclusive, | Complaint Filed:     October 27, 2020 |
| | Trial Date:            None set |
| Defendants. | |

PLEASE TAKE NOTICE that Defendants, Hicks Trucking Company of Litchfield, Inc. and Timothy O'Leary have filed, in the United States Court for the Central District of California, a Notice of Removal Pursuant to 28 U.S.C. § 1441(a) and (b), on the ground that said court has original jurisdiction over this matter pursuant based on diversity. Attached is a copy of the Notice of Removal served on Plaintiff. No further proceedings shall take place in this Court.

Dated: May 3, 2021

Respectfully submitted,
LARSON & GASTON, LLP

By *John B. Larson*

John B. Larson, Esq.,
Yasmine Hussein, Esq.,
Attorneys for Defendants,
HICKS TRUCKING COMPANY OF
LITCHFIELD, INC. and TIMOTHY O'LEARY

– 1 –

# PROOF OF SERVICE

## STATE OF CALIFORNIA COUNTY OF LOS ANGELES

I am employed in the County aforesaid; I am over the age of eighteen years and not a party to the within entitled action; my business address is 200 S. Los Robles Avenue, Suite 530, Pasadena, California 91101.

On May 3, 2021, I served the foregoing document: **NOTICE OF REMOVAL TO FEDERAL COURT,** on all interested parties, by causing a true copy thereof to be mailed in a sealed envelope with postage thereon fully prepaid, to the address as follows:

| | |
|---|---|
| Demetrios Papanikolas, Esq.<br>Kristopher L. Peerali<br>Jacoby & Meyers Attorneys LLP<br>10900 Wilshire Blvd. 15th Floor<br>Los Angeles, CA 90024<br>Telephone: (310) 312-3300<br>Facsimile: (310) 715-8331<br>dpapanikolas@jacobyandmeyers.com<br>kpeerali@jacobandmeyers.com<br>jn@jacobyandmeyers.com<br>**Attorneys for Plaintiff, CAMEO PIETRAS OLIVER** | John F. Ramey, Esq.<br>Christa Haggai Ramey, Esq.<br>Schyler S. Katz, Esq.<br>**RAMEY LAW, P.C.**<br>5901 W. Century Blvd., Ste. 1516<br>Los Angeles, CA 90045<br>Telephone: (310) 988-2400<br>Facsimile: (310) 988-2440<br>john@rameylawpc.com<br>christa@rameylawpc.com<br>schyler@rameylawpc.com<br>**Attorneys for Plaintiff, CAMEO PIETRAS OLIVER** |

[X]    (**BY MAIL**)    I caused such envelope with postage thereon fully paid to be placed in the United States mail at Pasadena, California.  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  It is deposited with the U.S. postal service on that same day in the ordinary course of business.  I am aware that the motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing affidavit.

[X]    (**BY ELECTRONIC MAIL**)    I caused such document(s) to be electronically served addressed to all parties appearing on the electronic service list for the above-entitled case.

[ ]    (**BY OVERNIGHT MAIL**)    I caused such documents to be overnight mailed to the party listed above.

[ ]    (**BY FACSIMILE**)    I faxed such documents to the party listed above.

[X]    (**STATE**)    I declare under penalty of perjury, under the laws of the State of California that the foregoing is true and correct.

Executed on May 3, 2021, at Pasadena, California.

*Nicole Padget*
_____
Nicole Padget

Exh B - pg.2

*OLIVER v. HICKS TRUCKING COMPANY OF LITCHFIELD, INC. et al*
United States District Court, Central District of California
Case No.: *5:21-cv-00778*

### CERTIFICATE OF SERVICE

I, Nicole Padget, declare as follows:

I am over the age of eighteen years and not a party to the case.  I am employed in the County of Los Angeles, California. My business address is: 200 S. Los Robles Avenue, Suite 530, Pasadena, CA 91101.

On the date below I electronically filed with the Court through its CM/ECF program and served through the same program the following document(s):  **NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §1441(b) [DIVERSITY]** on all interested parties, by causing a true copy thereof to be mailed in a sealed envelope with postage thereon fully prepaid, to the address as follows:

| | |
|---|---|
| Demetrios Papanikolas, Esq.<br>Kristopher L. Peerali<br>Jacoby & Meyers Attorneys LLP<br>10900 Wilshire Blvd. 15th Floor<br>Los Angeles, CA 90024<br>Telephone:  (310) 312-3300<br>Facsimile:   (310) 715-8331<br>dpapanikolas@jacobyandmeyers.com<br>kpeerali@jacobandmeyers.com<br>jn@jacobyandmeyers.com<br>**Attorneys for Plaintiff, CAMEO PIETRAS OLIVER** | John F. Ramey, Esq.<br>Christa Haggai Ramey, Esq.<br>Schyler S. Katz, Esq.<br>**RAMEY LAW, P.C.**<br>5901 W. Century Blvd., Ste. 1516<br>Los Angeles, CA 90045<br>Telephone: (310) 988-2400<br>Facsimile: (310) 988-2440<br>john@rameylawpc.com<br>christa@rameylawpc.com<br>schyler@rameylawpc.com<br>**Attorneys for Plaintiff, CAMEO PIETRAS OLIVER** |

[X]    (BY MAIL)    I caused such envelope with postage thereon fully paid to be placed in the United States mail at Pasadena, California.  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  It is deposited with the U.S. postal service on that same day in the ordinary course of business.  I am aware that the motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing affidavit.

[X]    (ELECTRONICALLY) Pursuant to the CM/ECF System, registration as a CM/ECF user constitutes consent to electronic service through the Court's transmission facilities. The Court's CM/ECF system sends an email notification of the filing to the parties and counsel of record listed above who are registered with the Court's CM/ECF system.

[X]    (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury, under the laws of the United States of America that the foregoing is true and correct.

I declare under penalty under perjury under the laws of the State of California that the foregoing is true and correct.

Executed on May 3, 2021 at Pasadena, California.        /s/ Nicole Padgtet/
                                                                                    Nicole Padget

– 1 –