| | |
|---|---|
| John B. Larson, Esq., SBN 108813<br>Yasmine Hussein, Esq., SBN 285885<br>**LARSON & GASTON, LLP**<br>200 South Los Robles Avenue<br>Suite 530<br>Pasadena, California 91101<br>Tel: (626) 795-6001<br>Fax: (626) 795-0016<br>john.larson@larsongaston.com<br>yasmine.hussein@larsongaston.com<br>Attorneys for Defendants,<br>HICKS TRUCKING COMPANY OF LITCHFIELD, INC. and TIMOTHY O'LEARY | John F. Ramey, Esq., SBN 149688<br>Christa H. Ramey, Esq., SBN 210238<br>Schyler S. Katz, Esq., SBN 311576<br>**RAMEY LAW, P.C.**<br>5901 W. Century Blvd., Ste. 1516<br>Los Angeles, CA 90045<br>Tel: (310) 988-2400<br>Fax: (310) 988-2440<br>john@rameylawpc.com<br>christa@rameylawpc.com<br>Schyler@rameylawpc.com<br>Attorneys for Plaintiff,<br>CAMEO PIETRAS OLIVER |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| CAMEO PIETRAS OLIVER;<br><br>   Plaintiff,<br><br>   v.<br><br>HICKS TRUCKING COMPANY OF LITCHFIELD, INC., ET AL.,<br><br>   Defendants. | Case No. 5:21-cv-00778-KK<br><br>Magistrate Judge<br>Hon. Kenly Kiya Kato<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Complaint Filed:   October 27, 2020<br>Trial Date:           October 31, 2022 |

# ORDER

The foregoing Stipulation of the parties is accepted and approved, and this action is hereby dismissed with prejudice, with each party to bear its own attorneys' fees and costs. The court shall retain jurisdiction after dismissal to enforce the settlement agreement pursuant to California Code of Civil Procedure §664.6

IT IS SO ORDERED.

Dated: December 15, 2021    _____
              KENLY KIYA KATO
              UNITED STATES MAGISTRATE JUDGE

Gonzales vs. JAG Trucking, Inc., et al.
*Oliver v. Hicks Trucking Company of Litchfield, Inc. et al.*
United States District Court, Central District of California
Case No.: *5:21-cv-00778-KK*

### CERTIFICATE OF SERVICE

I, Nicole Padget, declare as follows:

I am over the age of eighteen years and not a party to the case.  I am employed in the County of Los Angeles, California. My business address is: 200 S. Los Robles Avenue, Suite 530, Pasadena, CA 91101.

On the date below I electronically filed with the Court through its CM/ECF program and served through the same program the following document(s): **[PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE,** on all interested parties, by causing a true copy thereof to be mailed in a sealed envelope with postage thereon fully prepaid, to the address as follows:

John F. Ramey, Esq.
Christa Haggai Ramey, Esq.
Schyler Katz, Esq.
**RAMEY LAW, P.C.**
5901 W. Century Blvd., Ste. 1516
Los Angeles, CA 90045
Telephone: (310) 988-2400
Facsimile: (310) 988-2440
john@rameylawpc.com
christa@rameylawpc.com
Schyler@rameylawpc.com
**Attorneys for Plaintiff, CAMEO PIETRAS OLIVER**
cc: Giannie@rameylawpc.com

[X]     (ELECTRONICALLY) Pursuant to the CM/ECF System, registration as a CM/ECF user constitutes consent to electronic service through the Court's transmission facilities. The Court's CM/ECF system sends an email notification of the filing to the parties and counsel of record listed above who are registered with the Court's CM/ECF system.

[X]     (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury, under the laws of the United States of America that the foregoing is true and correct.

I declare under penalty under perjury under the laws of the State of California that the foregoing is true and correct.  Executed on December 15, 2021 at Pasadena, California.

/s/ Nicole Padget, Paralegal
Nicole Padget